UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APRIL EDWARDS.,

Plaintiff,

-against-

HOMELAND SECURITY, ET AL.,

Defendants.

25 CIVIL 06359 (GBD)

**CIVIL JUDGMENT**

For the reasons stated in the, November 17, 2026, Order, the Court dismisses this action as frivolous. See 28 U.S.C. § 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 19, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge